FILED BM
GREGG COUNTY, TEXAS

OCT 26 2015

325 O'CLOCK O M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

NO. 44574-A

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/27/2015 12:20:24 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| TIMOTHY MICHAEL STRUBE, APPELLANT | § | IN THE DISTRICT COURT |
| VS. | § | 188TH JUDICIAL DISTRICT |
| THE STATE OF TEXAS, APPELLEE | § | GREGG COUNTY, TEXAS |

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES TIMOTHY MICHAEL STRUBE, who was Defendant in the above styled and numbered cause, by and through his counsel, EBB B. MOBLEY, the trial court having granted permission to appeal, and files this notice that he wishes to appeal from the conviction to the Sixth Court of Appeals on errors raised by written motion and ruled on before trial and on errors arising during and subsequent to trial.

Sentence was imposed on October 21, 2015, and this written Notice of Appeal is filed with the Clerk of this Court within 30 days of that date.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000

NO. 44574-A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | 188TH DISTRICT COURT |
| TIMOTHY MICHAEL STRUBE | § | GREGG COUNTY, TEXAS |

FILED
GREGG COUNTY, TEXAS

OCT 2 6 2015

25 O'CLOCK ___ M
BARBARA DUNCAN, DISTRICT CLERK
BY _____ , DEPUTY

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW TIMOTHY MICHAEL STRUBE, Defendant, by and through his appointed attorney for appeal, and files this Motion for New Trial in this case.

I.

Defendant would show the Court that there has been material error committed that is calculated to injure the rights of Defendant.

II.

Defendant would show the Court that both the guilt/innocence verdict and the punishment verdict are contrary to the law and the evidence in the case.

III.

Defendant would show the Court that the sentence is so disproportionate as to constitute cruel and unusual punishment in violation of the Texas and U. S. Constitutions. The trial court exhibited bias in failing to consider the entire range of punishment.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion for New Trial be set for hearing, and, upon hearing, that the Court grant him a new trial.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

_____
EBB B. MOBLEY
Attorney for Defendant
State Bar License # 14238000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing motion was forwarded to the Gregg County District Attorney, 101 E. Methvin, Suite 333, Longview, Gregg County, Texas 75601, on this the ____ day of October, 2015, by hand delivery.

_____
EBB B. MOBLEY

NO. 44574-A

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT **FILED** |
| | | GREGG COUNTY. TEXAS |
| VS. | § | 188TH JUDICIAL DISTRICT |
| TIMOTHY MICHAEL STRUBE | § | GREGG COUNTY, TEXAS  OCT 2 6 2015 |

3 25 O'CLOCK P M
BARBARA DUNCAN, DISTRICT CLERK
BY_____, DEPUTY

## DESIGNATION OF RECORD ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Appellant, TIMOTHY MICHAEL STRUBE, and submits this Designation of Record on Appeal, and requests that the following items be contained in the record of this appeal:

1. A complete Reporter's Record of the trial of this cause, the voir dire examination of the jury, the final argument of counsel, any pre-trial or post-trial hearings, or any other matters connected with this case where the court reporter was present and transcribing the proceedings.
2. The indictment.
3. Any special pleas and motions of the Defendant and motions of the State.
4. Any written waivers.
5. Court's docket sheet.
6. Charge of Court on both guilt or innocence and punishment.
7. Any special requested charges submitted by the Defendant.
8. The verdict of the jury.
9. Court's Findings of Fact and Conclusions of Law.
10. Court's judgment and sentence.
11. Motions for New Trial.
12. Notice of Appeal.
13. Letter to court reporter requesting preparation of Reporter's Record.
14. Any notes from the jury and the Court's responses thereto.
15. All exhibits.
16. Any other matter contained within the Court's files.
17. Any order appointing a visiting or retired Judge to preside on this case.
18. Trial Court's Certification of Defendant's Right of Appeal.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that these matters be contained within the record of this appeal.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: (903)757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

EBB B. MOBLEY
Attorney for Timothy Michael Strube
State Bar License # 14238000

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing was forwarded to the office of the Gregg County District Attorney, Gregg County Courthouse, 101 E. Methvin, Suite 333, Longview, Texas 75601, on this the _____ day of October, 2015, by hand delivery.

EBB B. MOBLEY, Counsel for Defendant

# EBB B. MOBLEY
### ATTORNEY AT LAW
#### 422 NORTH CENTER STREET - LOWER LEVEL
#### P. O. BOX 2309
#### LONGVIEW, TEXAS 75606
#### TELEPHONE: (903) 757-3331
#### FAX: (903) 753-8289

**FILED**
GREGG COUNTY, TEXAS

**OCT 2 6 2015**

3:25 O'CLOCK P M
BARBARA DUNCAN, DISTRICT CLERK
BY _____ DEPUTY

October 22, 2015

Grelyn Freeman
Court Reporter 188th District Court
101 East Methvin, Suite 408
Longview, Texas 75601

RE:  Cause # 44574-A
     State v. Timothy Michael Strube

Dear Ms. Freeman:

I have been appointed to represent the above Appellant on his appeal. I need a complete Reporter's Record of this case, including all pre-trial hearings, arguments of counsel, voir dire of the jury, and any exhibits entered into the record.

Thank you for your attention to this matter.

Very truly yours,

Ebb B. Mobley

/kk

cc:  Zan Colson Brown
     Assistant District Attorney
     101 E. Methvin Street, Suite 333
     Longview, Texas 75601

     Ms. Barbara Duncan
     Gregg County District Clerk
     P.O. Box 711
     Longview, TX 75606

     Mr. Timothy Strube
     1305 Glencrest Lane
     Longview, TX 75601